| | |
|---|---|
| 1 | Stephen R. Smerek (SBN: 208343) |
| 2 | ssmerek@winston.com<br>WINSTON & STRAWN LLP |
| 3 | 333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543 |
| 4 | Telephone: (213) 615-1700 |
| 5 | Wendi E. Sloane (*pro hac vice*) |
| 6 | wendi.sloane@bfkn.com<br>Hannah Y. Jurowicz (*pro hac vice*) |
| 7 | hannah.jurowicz@bfkn.com<br>BARACK FERRAZZANO KIRSCHBAUM |
| 8 | & NAGELBERG LLP<br>200 West Madison Street, Suite 3900 |
| 9 | Chicago, IL 60606<br>Telephone: (312) 984-3166 |
| 10 | Attorneys for Defendants |
| 11 | MAKE UP FOR EVER LLC |
| 12 | Stephen C. McArthur (SBN: 277712)<br>stephen@smcarthurlaw.com |
| 13 | Valerie McConnell (SBN: 274159)<br>valerie@smcarthurlaw.com |
| 14 | THE MCARTHUR LAW FIRM PC<br>400 Corporate Pointe, 3rd Floor |
| 15 | Culver City, CA 90230<br>Telephone: (323) 639-4455 |
| 16 | Attorneys for Plaintiff |
| 17 | VLADAMUA, LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLADAMUA, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MAKE UP FOR EVER, S.A., a French corporation; MAKE UP FOR EVER, LLC, a New York Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00128-GW-JC<br><br>STIPULATED DISMISSAL WITH PREJUDICE BY PLAINTIFF VLADAMUA, LLC OF ALL CLAIMS AGAINST DEFENDANTS MAKE UP FOR EVER, S.E. AND MAKE UP FOR EVER LLC, AND NON-PARTIES LVMH MOËT HENNESSY LOUIS VUITTON S.A., AND LVMH MOËT HENNESSY LOUIS VUITTON INC. |

Plaintiff VLADAMUA, LLC ("**Vladamua**"), by and through its counsel of record, the McArthur Law Firm PC, hereby stipulate to the dismissal with prejudice of all claims asserted against Make Up For Ever, S.A. and Make Up For Ever LLC ("**Defendants**") in the First Amended Complaint (ECF # 33), and stipulate to the dismissal with prejudice of all claims previously brought against LVMH Moët Hennessy Louis Vuitton S.E. and LVMH Moet Hennessy Louis Vuitton Inc. (the "**LVMH Entities**") in the Complaint (ECF # 1), which claims Vladamua previously stipulated to dismiss without prejudice on April 5, 2018, (ECF # 28), as ordered on April 18, 2018 (ECF # 38).

**IT IS SO STIPULATED.**

Dated: July 18, 2018

THE MCARTHUR LAW FIRM PC
Stephen C. McArthur
Valerie McConnell

By: /s/
Stephen C. McArthur

Attorneys for Plaintiff
VLADAMUA, LLC

Dated: July 18, 2018

WINSTON & STRAWN LLP
Stephen R. Smerek

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
Wendi E. Sloane
Hannah Y. Jurowicz

By: /s/
Wendi E. Slone

Attorneys for Defendant
MAKE UP FOR EVER LLC