JS-6

Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Valerie McConnell (State Bar No. 274159)
valerie@smcarthurlaw.com
THE MCARTHUR LAW FIRM PC
11400 W. Olympic Blvd. Ste. 200
Los Angeles, CA 90064
Telephone: (323) 639-4455

Attorneys for Plaintiff
VLADAMUA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADAMUA, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>MAKE UP FOR EVER, S.A. a French Corporation;<br>MAKE UP FOR EVER, LLC a New York Limited Liability Company and<br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case: CV 18-128-GW(JCx)<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all claims against Make Up For Ever, S.A. and Make Up For Ever LLC in the First Amended Complaint, and all claims previously brought against LVMH Moët Hennessy Louis Vuitton S.E. and LVMH Moët Hennessy Louis Vuitton Inc., shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 15, 2018

GEORGE H. WU, U.S. District Judge